IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFTON JEROME WASHINGTON,** | : | CIVIL ACTION NO. 1:19-CV-273 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CORRECTIONAL OFFICER HAYDEN,** *et al.*, | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 26th day of January, 2021, upon consideration of the motion (Doc. 36) for summary judgment by defendants Hayden and Schwartz, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 36) is GRANTED.

2. The Clerk of Court is DIRECTED to ENTER judgment in favor of defendants Edward Hayden and John Schwartz, and against plaintiff.

3. The action against the USP-Canaan SHU staff is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  See FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania